**Opinion issued February 10, 2022**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-21-00576-CV

_____

**JOHN GINLEY, Appellant**

**V.**

**G&R ENTERPRISE, INC. D/B/A THE WILLIAMS COMPANY, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-88674**

---

## MEMORANDUM OPINION

Appellant, John Ginley, appeal from two trial court orders: (1) a January 21, 2020 order granting summary judgment in favor of appellee, G&R Enterprise, Inc., doing business as The Williams Company, and (2) a March 9, 2020 order denying appellant's Motion for Reconsideration and Rehearing. On January 28, 2022,

appellant filed a motion to dismiss the appeal, stating that "this matter was settled at mediation."

No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion includes a certificate of conference stating that appellee agrees to the relief requested in the motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.